**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILLIAM DAVID BUSH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:26-cv-02405 (UNA) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Plaintiff's Application for Leave to Proceed *in forma pauperis*, ECF No. 2, is **GRANTED**, and it is further

**ORDERED** that the Complaint, ECF No. 1, and this case, are **DISMISSED** without prejudice, and it is further

**ORDERED** that Plaintiff's Motion for CM/ECF Password, ECF No. 3, is **DENIED** as moot.

This is a final appealable Order. *See* Fed. R. App. P. 4(a). The Clerk of Court is requested to close this case.

Date: October 20, 2026

TREVOR N. McFADDEN
United States District Judge